TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE No. 00-6052-CR-DIMITROULEAS

18 U.S.C. § 1546(a)
18 U.S.C. § 2

MAGISTRATE JUDGE SNOW

FILED BY _____ D.C.
MAR 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA   )
                           )
vs.                        )
                           )
NEIROU KOUNIGUELIS         )
                           )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about February 23, 2000, at Broward County, in the Southern District of Florida, the defendant,

NEIROU KOUNIGUELIS,

did knowingly and wilfully possess a United States Immigration and Naturalization Service Departure Record (I-94), a document prescribed by statute or regulation as evidence of



authorized stay and employment in the United States, knowing it to be counterfeited and forged, in violation of Title 18, United States Code, Section 1546 (a) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON


_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY


_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO. _____

v.

NEIROU KOUNIGUELIS                   **CERTIFICATE OF TRIAL ATTORNEY***
_____              **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)    Yes ___  No ___
                                     Number of New Defendants ___
___ Miami     ___ Key West           Total number of counts ___
X   FTL       ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No)  YES
   List language and/or dialect     Lithuanian

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days      ___        Petty       ___
   II   6 to 10 days     ___        Minor       ___
   III  11 to 20 days    ___        Misdem.     ___
   IV   21 to 60 days    ___        Felony       X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  YES
   If yes:
   Magistrate Case No.  00-4040-BSS
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   2/24/00
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                     _____
                                     THOMAS P. LANIGAN
                                     ASSISTANT UNITED STATES ATTORNEY
                                     COURT NO. A5500037

*Penalty Sheet(s) attached                                    REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: __NEIROU KOUNIGELIS__   Case No.: _____

Count #: **One**

**Fraud and Misude of Immigration Document; in violation of**

**18 U.S.C. 1546(a)**

\*Max. Penalty: 10 years' imprisonment; $250,000 fine
==============================================================

Count #:




\*Max. Penalty:
==============================================================

Count #:




\*Max. Penalty:
==============================================================

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.
==============================================================

No. FL04076

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

CRIMINAL Division

THE UNITED STATES OF AMERICA

vs.

NEIROU KOUNIGUELIS

## INDICTMENT
18 U.S.C. § 1546(a)
18 U.S.C. § 2

A true bill.

*Richard M. Blau*
_____
Foreman

FGJ 98-02(FTL)

Filed in open court this _____ day

of _____ A.D. 19 _____

_____
Clerk

Bail, $ _____

COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: NEIROU KOUNIGUELIS (J)          CASE NO: 00-4040-BSS
AUSA: TOM LANIGAN                      ATTY: JEFF BROWN
AGENT: _____          VIOL: _____
PROCEEDING INQUIRY RE COUNSEL          RECOMMENDED BOND _____
BOND HEARING HELD - yes/no             COUNSEL APPOINTED _____
      BOND SET @

      SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Case not called

Cnsl retained + will
be here for PTD hrg.
per conversation w/Clerk
on 2/29/00

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:
                          FTL/LSS
Date: 2-29-00   Time 11:00   TAPE #00-        Begin:        End:

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Mar... 21-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 55711-004
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Neirov KOUNIGUELIS )
        Defendant

FILED by ___ D.C.
FEB 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

************************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 2-24-00  5:00 am/pm

(2) Language Spoken: English, Lithuanian, Russian    Lithuanian interpreter needed

(3) Offense(s) Charged: 18 USC 1546 Fraudulent Immigration documents

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 11-2-62

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDF

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [X] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2-25-00    (9) Arresting Officer: S/A Bendel

(10) Agency: USINS    (11) Phone: 786 412-9399

(12) Comments: Needs Lith

# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**ADD ON**

DEFT: Neirou Kouniguelis (J)#  CASE NO: 00-4040-BSS
AUSA: Tom Lanigan  *present*  ATTNY: _____
AGENT: _____  VIOL: passport fraud
PROCEEDING: Initial Appearance  BOND REC: PTD
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
FEB 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
(2) ___ Halfway House ___
    ___ Electronic Monitoring ___

Advised of charges
will try to hire
an atty.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
(INQUIRY RE COUNSEL):  2-29-00  11:00am  SNOW ✓
PTD/BOND HEARING:  3-2-00  10:30am  SNOW ✓
(PRELIM/ARRAIGN. XX REMOVAL):  3-6-00  11:00am  SNOW ✓
STATUS CONFERENCE:
DATE: 2-25-00  TIME: 11:00am  TAPE # 00-017  PG # 1634-992

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-4040-BSS

UNITED STATES OF AMERICA,
   Plaintiff,

v. Neirou Kouniguelis
   Defendant.
_____/

*2-25-00*
*LTC*

ORDER ON INITIAL APPEARANCE
Language __English__
Tape No. __00-017__
AUSA __Lanigan__
Agent _____

The above-named defendant having been arrested on __2-24-00__, having appeared before the court for initial appearance on __2-25-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. __Will try to hire an atty.__ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on __IRC 2-29-00__, 19___.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __3-6-00__, 19___.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142(f), is set for __3-2-00 10:30 AM__

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:
   __PTD Requested__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.
___ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full-time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

_____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest         _____

On Warrant       _____

After Hearing    _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   DONE AND ORDERED at __Ft. Lauderdale__ this __25__ day of __February__, 20 __00__.

   _____
   UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

- 2 -

SD/F M-1
Rev 01/00

# United States District Court

2-25-00
FtL

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

NEIROU KOUNIGUELIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4040-BSS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about JANUARY 24, 2000 in Broward county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully forged, counterfeited and falsely made an immigration document prescribed by statute as evidence of authorized stay or employment in the United States.

in violation of Title 18 United States Code, Section(s) 1546

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

_____
Signature of Complainant
RICHARD BENDEL, SPECIAL AGENT
USINS

Sworn to before me, and subscribed in my presence,

Feb. 25, 2000                     at Ft. Lauderdale, FL
Date                                  City and State

BARRY S. SELTZER
U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

AFFIDAVIT

Before me the undersigned authority, on this day personally appeared Richard S. Bendel, who after being duly sworn, deposes and says:

1. I am a Special Agent with the United States Immigration and Naturalization Service (INS) and have been since September 1, 1997. Prior to that I was an Immigration Agent in Tampa, Florida from December 9, 1996 to August 31, 1997. I am authorized to enforce the immigration laws of the United States, as well as related Federal criminal statutes in the performance of my duties. This affidavit is based upon my personal knowledge and information which has been provided to me by other law enforcement officers. Because this affidavit is being prepared for the limited purpose of showing probable cause for a complaint, it does not include all the details of the investigation of Neirou KOUNIGUELIS.

2. An INS Departure Record (I-94) is normally issued to an arriving alien and is used to verify an alien's entry date, class of admission, port of entry, and length of stay. The I-94 also contains a serialized number which is recorded in the INS non-immigrant information computer system and contains the alien's name, entry date, port of entry, and length of stay along with other information. The I-94 can only be issued by an authorized Immigration Officer, and is used to verify an alien's status in the United States.

3. Information was obtained by United States Social Security Administration (SS) employees that aliens were attempting to obtain SS cards with fraudulent I-94's. On February 23, 2000, SS employees received such an application from Dalia JABLONSKIENE who presented a passport from Lithuania and an I-94 which, through INS record checks, was found to be false. SS employees obtained JABLONSKIENE'S

license plate (GG9-34A) and Florida Department of Motor Vehicle record checks confirmed that the vehicle belonged to her. Additionally, she was accompanied by a male who drove a white Hyundai Excel. SS employees obtained a license plate from that vehicle (A26-DVP) but Florida Department of Motor Vehicle record checks showed that the license did not match that vehicle.

4. On February 24, 2000, I apprehended JABLONSKIENE at her residence. Found in her possession was a fraudulent I-94 which, through INS record checks, showed that the control number did not belong to her and that she had no legal status in the United States. Further, record checks revealed that she was not eligible to receive the status which was printed on the I-94. JABLONSKIENE was advised on her Miranda warnings and stated *in the latter part of January 2000* that she obtained the I-94 from a citizen of Lithuania by the name of 'Neirou' LNU. She further stated that she received a call from 'Neirou' LNU on February 23, 2000 and met him at the Pompano Beach SS office in order to reapply for a SS card. A review of her telephone caller identification device provided the name "KOUNIGUELIS NEI" and the number 1-954-857-4874. JABLONSKIENE provided a notebook which contained the telephone number 347-9375. JABLONSKIENE stated that this was the telephone number that belonged to 'Neirou' LNU and that she had called him at this number previously. *JABLONSKIENE stated that 'Neirou' LNU wrote her name on the I-94.*

5. On February 24, 2000, I saw a white Hyundai Excel bearing the licence plate A26-QVP parked in front of the last known address of KOUNIGUELIS. Florida Department of Motor Vehicle record checks confirmed that that vehicle is registered to KOUNIGUELIS. I located KOUNIGUELIS at his residence and advised him of his Miranda warnings, he

2

waived said warnings and agreed to make a statement. KOUNIGUELIS stated that he provided the I-94 to JABLONSKIENE and that he had met her on February 23, 2000 at the Pompano Beach SS office in order to assist her in obtaining a SS card. *KOUNIGUELIS admitted writing JABLONSKIENE'S name, date of birth, and country of citizenship on the I-94 form.* KOUNIGUELIS further stated that he did not charge any money for the I-94. Additionally, KOUNIGUELIS stated that he received the I-94 from a person in New York City but would not provide further information.

6. While at the residence of KOUNIGUELIS, I called the number listed on the caller ID device belonging to JABLONSKIENE and could hear a telephone which was not the home telephone ring in another room. Further, KOUNIGUELIS stated that his home telephone number was (561) 347-9375. This is the same number which is listed in the notebook provided by JABLONSKIENE.

7. Based on my training and prior experience and based upon the foregoing, I believe that there is probable cause to believe that KOUNIGUELIS has violated 18 U.S.C. §1546(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
RICHARD S. BENDEL
Special Agent
U.S. Immigration and Naturalization Service
Miami, Florida

Sworn and subscribed before me this ___ day of February, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

3