COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: NEIROU KOUNIGUELIS (J)   CASE NO: 00-6052-CR-DIMITROULEAS
AUSA: Tom Lanigan _pres_   ATTY: Allen Kaufman
AGENT: _____   VIOL: _____
PROCEEDING  PTD/Arraignment   RECOMMENDED BOND
BOND HEARING HELD - yes/no   COUNSEL APPOINTED
    BOND SET @  200,000 CSB w/Nebbia

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Stipulated bond set — gov't reserves the right to request PTD should deft seek to post or reduce the bond.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:   Reading of Indictment Waived
                                              Not Guilty plea entered
                         PTD/BOND HRG:        Jury trial demanded
                                              Standing Discovery Order requested
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:  4-11  /11  ✓ BSS

              FTL/LSS
Date: March 28, 2000  Time 11:00 A.M.   TAPE #00- 017  Begin: 2213  End: 2301

FILED by ___ D.C.
MAR 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.