```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6052-CR-DIMITROULEAS
UNITED STATES OF AMERICA

       vs

NEIROU KOUNIGUELIS                  ARRAIGNMENT INFORMATION SHEET
```

[FILED by D.C. MAR 28 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MARCH 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                              _____

                      Telephone: _____

DEFENSE COUNSEL:      Name: ____ALLEN KAUFMAN, ESQ._____

                      Address: _____

                              _____

                      Telephone: _____

BOND ~~SET~~/CONTINUED:  $__200,000 CSB w/ Nebbia__

Bond hearing held: yes____  no_X_  Bond hearing set for _atty_.

Dated this __28TH__ day of __MARCH__, 2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _Jenny Butler_____
                                        Deputy Clerk

                                    Tape No. _00-017_

cc: Copy for Judge
    U. S. Attorney

