UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6052-CR-WPD

UNITED STATES OF AMERICA,

vs.

NEIROU KOUNIGUELIS

    Defendant.
_____/



## NEIROU KOUNIGUELIS' MOTION FOR CONTINUANCE

**COMES NOW** the defendant, **NEIROU KOUNIGUELIS**, by and through his undersigned attorney and files this his motion for continuance and as grounds would state as follows:

1. The defendant was arrested on February 24, 2000.

2. Arraignment was on March 28, 2000.

3. Calendar Call is set for April 28, 2000. Trial is set for the 2 week period beginning May 5, 2000.

4. The defendant requests a continuance of this matter to permit counsel to fully advise the defendant regarding this case and to provide effective assistance of counsel.

5. The undersigned has contacted Asst. U.S. Attorney Tom Lanigan and he has no objection to this motion being granted.

6. This motion is being made in good faith and not for the purpose of delay.



**WHEREFORE,** the defendant, NEIROU KOUNIGUELIS, respectfully requests this court grant this motion for a continuance.

ALLEN S. KAUFMAN, P.A.<br>
2900 N. Dixie Highway<br>
Suite 201<br>
Oakland Park, FL 33334<br>
(954) 563-6624

BY: _____
ALLEN S. KAUFMAN
FBN 301639

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent this 20th day of April, 2000, to AUSA, Tom Lanigan, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL, 33394-3002.

BY: _____
ALLEN S. KAUFMAN