UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6052-CR-WPD

UNITED STATES OF AMERICA,

vs.

NEIROU KOUNIGUELIS

Defendant.
_____/

### ORDER ON NEIROU KOUNIGUELIS' MOTION FOR CONTINUANCE

**THIS CAUSE** having come on to be considered on the defendant, NEIROU KOUNIGUELIS' Motion For Continuance of Jury Trial, and the Court being advised in the premises, it is

**ORDERED AND ADJUDGED** that the defendant's Motion is hereby Denied without prejudice to renew at the calendar call.

**DONE AND ORDERED** in Chambers this 24 day of April 2000.

_____
U.S. DISTRICT COURT JUDGE

cc: Allen S Kaufman
Thomas Lanigan AUSA