UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT     CASE NO. 00-6052-CR-DIMITROULEAS

   Plaintiff,

NEIROU KOUNIGUELIS,

   Defendant.

_____/

FILED by ___ D.C.

APR 2 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Defendant's April 21, 2000 Motion To Suppress Statements and Evidence [DE-13], the Court sets an evidentiary hearing for Friday, April 28, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida, this 24 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Allen Kaufman, Esquire
2900 N. Dixie Highway
Suite #201
Oakland Park, FL 33334

Thomas Lanigan, AUSA

