UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6052-CR-WPD

UNITED STATES OF AMERICA,

vs.

NEIROU KOUNIGUELIS

    Defendant.
_____/

## NEIROU KOUNIGUELIS' MOTION TO CONTINUE SUPPRESSION HEARING

**COMES NOW** the defendant, **NEIROU KOUNIGUELIS**, by and through his undersigned attorney and files this his motion to continue the suppression hearing and as grounds would state as follows:

1. On April 21, 2000, the defendant filed his Motion to Suppress Statements and Evidence.

2. On April 24, 2000, the court set the Motion for hearing on April 28, 2000.

3. The undersigned is scheduled to appear before the honorable Sheldon Shapiro in Broward Circuit Court on April 28th at 2 PM, on the matter of State v. Cherisol, 99-2110CF10D on a motion to suppress statements. This matter was specially set.

4. Upon receiving this court's April 24th order (on April 25), the undersigned attempted to re-set the time for the motion to suppress before Judge Shapiro. The undersigned was not successful.

1



5. The undersigned is a sole practitioner and is caught in a Hobson's choice as to which court to attend.

6. The defendant is respectfully requesting that this matter be re-set either earlier or later on the 28th or set for another day.

**WHEREFORE**, the defendant, NEIROU KOUNIGUELIS, respectfully requests this court grant this motion.

> ALLEN S. KAUFMAN, P.A.
> 2900 N. Dixie Highway
> Suite 201
> Oakland Park, FL 33334
> (954) 563-6624
>
> BY: _____
> ALLEN S. KAUFMAN
> FBN 301639

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent this 25th day of April, 2000, to AUSA, Tom Lanigan, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL, 33394-3002.

> BY: _____
> ALLEN S. KAUFMAN