UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6052-CR-WPD

UNITED STATES OF AMERICA,

vs.

NEIROU KOUNIGUELIS

Defendant.
_____/

## ORDER ON NEIROU KOUNIGUELIS' MOTION TO CONTINUE SUPPRESSION HEARING

**THIS CAUSE** having come on to be considered on the defendant, NEIROU KOUNIGUELIS' Motion To Continue Suppression Hearing, and the Court being advised in the premises, it is

**ORDERED AND ADJUDGED** that the defendant's Motion is hereby *Granted*.

*The motion is set until 3:30 P.M on April 28, 2000*

**DONE AND ORDERED** in Chambers this 27 day of April, 2000.

_____
U.S. DISTRICT COURT JUDGE

CC: Tom Lonigan, AUSA
Allen Kaufman, Esq.