**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.

APR 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
D. OF FLA. FT. LAUD.

CASE NUMBER: _00-6052-CR-WPD_    DATE: _April_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _Russian / Lithuanian_

UNITED STATES OF AMERICA    VS.  _Nerou Kuniguelia_

U.S. ATTORNEY _Thomas Hanigan_    DEFT. COUNSEL: _Allen Kaufman_

REASON FOR HEARING: _Calendar Call / Status Conference_

RESULT OF HEARING: _Defts motion to continue granted._
_the time from today until trial is_
_deemed excludable. Court resets trial period._
_Court resets motion to suppress for_
_Friday, 5/5/00 @ 9:15_

JUDGMENT: _____

CASE CONTINUED TO: _5/12/00_    TIME: _900_    FOR: _Cal Call_
MISC: _5/15/00_    _900_    _trial period_

