UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6052-CR-DIMITROULEAS

NEIROU KOUNIGUELIS

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**MAY 5, 2000 AT 9:15 A.M.**

TYPE OF HEARING:   MOTION TO SUPPRESS

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: April 28, 2000

cc: Thomas Lanigan, AUSA
    Allen Kaufman, Esq.

