# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
MAY 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6052-Cr-WPD   DATE: May 5, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: Russian/Lithuanian

UNITED STATES OF AMERICA   VS. Nelson Kanigulus

U.S. ATTORNEY: Thomas Kanigan   DEFT. COUNSEL: Allen Kaufman

REASON FOR HEARING: Motion to Suppress

RESULT OF HEARING: Gov presents their case. Govt invokes Rule re witnesses. Gov rests. Deft case. Deft rests. Counsel rely on their briefs for argument. Court takes matter under advisement and will render a decision as soon

JUDGMENT: as possible.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Exhibits returned to Gov.

