# United States District Court

**Southern** DISTRICT OF **Florida**

USA v. Neison Kounizulis

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6052-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Thomas Norgan AUSA | Allen Kaufman |
| TRIAL DATE(S) 5/5/00 - Motion to Suppress | COURT REPORTER Bob Ryckoff | COURTROOM DEPUTY Rick Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/5/00 |  |  |  |
|  |  |  |  |  | W-1 Richard Bendel, Agent |
| 1 |  |  | ✓ |  |  |
| 2 |  |  | ✓ |  | (Miranda Rights Card) - Immigration Form |
|  |  |  |  |  | W-2 Miguel Domingo, Sgpvse INS |
|  |  |  |  |  | W-3 Rhonda Markus |
|  |  |  |  |  | W-4 Andus Bedrikas |
|  |  |  |  |  | W-5 Neison Kounizulis |
| 3 |  |  | ✓ |  | pre-trial service Report |

Exhibits Returned to Gvt.

FILED by ___ D.C.
MAY 05 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages