**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6052-CR-WPD   DATE: May 12, 2002

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Russian

UNITED STATES OF AMERICA, VS. Naum Kuuszwelis

U.S. ATTORNEY: Herman Fanigan    DEFT. COUNSEL: Ellen Kaufman

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by Court. Deft to enter guilty plea. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 7/19    TIME: 8:45    FOR: Sentencing
MISC: Written plea agreement filed.