UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6052-CR-WPD

UNITED STATES OF AMERICA,

vs.

NEIROU KOUNIGUELIS

Defendant.
_____/

FILED by _____ D.C.

'JUL 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NEIROU KOUNIGUELIS' OBJECTIONS TO THE
## PRE-SENTENCE INVESTIGATION REPORT

The defendant, **NEIROU KOUNIGUELIS**, files this his objection to certain portions of the Pre-Sentence Investigation Report. The Defendant objects to the following:

1. Paragraph 20.  The defendant maintains that when he was interviewed by probation and asked to give a statement as to what his role was in this offense, he did so. The undersigned was informed by probation that the defendant's statement was not acceptable in that it did not contain information as to how the defendant obtained the form and the fact he was to receive payment for his services.

The undersigned has provided probation with the additional information requested.

The defendant is entitled to a three level reduction in his total offense level for acceptance of responsibility in accordance with the plea agreement and the law on this issue.

1



2. Paragraph 21. The total offense level should be 8 with all other applicable adjustments to the PSI made accordingly.

3. Paragraph 58. The total offense level should be 8 with an imprisonment range of 0-6 months.

4. Paragraph 59. The guideline range is A and not C.

ALLEN S. KAUFMAN, P.A.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL 33334

BY: _____
ALLEN S. KAUFMAN
301639

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent by FAX and mail this 7th day of July, 2000, to AUSA, Tom Lanigan, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL, 33394-3002 and US Probation Officer Paul Czekanski.

BY: _____
ALLEN S. KAUFMAN

2