**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6052-CR-WPD    DATE: 7/14/00

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Neirou Kounigvelis (J)

U.S. ATTORNEY: Thomas Lanigan    DEFT. COUNSEL: Allen Kaufman

REASON FOR HEARING: Sentencing

RESULT OF HEARING: 5 months BOP as to Count 1, 2 yrs. Supervised Release + $100 special assessment

JUDGMENT: _____

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: _____

